Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.

No. 64348.—Columbus Combined Floor Polishers & Cleaners, Inc., et al. *v.* United States, protests 275712–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiffs was sustained.

No. 64349.—Schreiber Importing Co., Inc. *v.* United States, protest 320159–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk woven fabrics in the piece, dyed or colored, valued at more than $5.50 per pound, and not chiefly used for stenciling purposes in screen-process printing, the claim of the plaintiff was sustained.

No. 64350.—J. M. P. R. Trading Corp. and Alltransport, Inc. *v.* United States, protest 58/5550 (New York).